| | | | |
|---|---|---|---|
| Case No. | SACV 18-00587-CJC (KESx) | Date | December 6, 2018 |
| Title | Juan Gerardo Canchola v. G and M Oil Company, Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the Plaintiff that this action has been resolved by a Stipulation to Dismiss Case [17], hereby orders this action dismissed WITH prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                       -    :    -

                                                          Initials of Deputy Clerk    mku